**GET–A–GRIPP, II, INC.,**
**Plaintiff–Appellant,**

v.

**HORNELL BREWING CO., INC. (doing business as Ferolito, Vultaggio & Sons), Defendant–Appellee.**

No. 00–1568.

United States Court of Appeals,
Federal Circuit.

June 8, 2001.

Before MICHEL and CLEVENGER,
Circuit Judges, FRIEDMAN, Senior
Circuit Judge.

*Judgment*

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.